UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

GRISEL ANDRADE, on her own behalf
and others similarly situated,

    Plaintiff,

v.

REHABILITATION & HEALTHCARE
CENTER OF TAMPA, INC., a Florida
Corporation,

    Defendant.
_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

1. Plaintiff, GRISEL ANDRADE ("Plaintiff"), was an employee of Defendant, REHABILITATION & HEALTHCARE CENTER OF TAMPA, INC. ("R&HCT" or "Defendant"), a Florida corporation, and brings this action for unpaid overtime compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA"). Plaintiff was an hourly paid health services employee and performed related activities for Defendant in Hillsborough County, Florida.

2. Defendant, R&HCT, is a Florida corporation that operates and conducts business in, among others, Hillsborough County, Florida, and is therefore, within the jurisdiction of this Court.

3. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs. This action is

intended to include each and every hourly paid health services employee who worked for the Defendant at any time within the past three (3) years.

4. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1337 and the FLSA.

5. At all material times relevant to this action, Defendant was an enterprise covered by the FLSA, and as defined by 29 U.S.C. § 203(r) and 203 (s). Additionally, Plaintiff was engaged in interstate commerce during her employment with Defendant.

6. At all times relevant to this action, Defendant failed to comply with 29 U.S.C. §§ 201-209, because Plaintiff, and those similarly situated to her, performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff, and those similarly situated to her, for those hours worked in excess of forty within a work week.

7. During their employment with Defendant, Plaintiff, and those similarly situated to her, were not paid time and one-half their regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks. Instead, Defendant paid Plaintiff, and those similarly situated to her, straight time for hours worked over forty (40) per week in one or more workweeks.

8. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff, and other similarly situated to her, are in the possession and custody of Defendant.

## RECOVERY OF OVERTIME COMPENSATION

9. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-8 above.

10. Plaintiff, and those similarly situated to her, are/were entitled to be paid time and one-half their regular rate of pay for each hour worked in excess of forty (40) per work week. During their employment with Defendant, Plaintiff, and those similarly situated to her, regularly worked overtime hours but were not paid time and one half compensation for same.

11. As a result of Defendant's intentional, willful, and unlawful acts in refusing to pay Plaintiff, and those similarly situated to her, time and one half their regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work weeks, Plaintiff, and those similarly situated to her, have suffered damages plus incurring reasonable attorneys' fees and costs.

12. As a result of Defendant's willful violation of the FLSA, Plaintiff, and those similarly situated to her, are entitled to liquidated damages.

13. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, and all other similarly situated employees, demand judgment against Defendant for the payment of all overtime hours at one and one-half the regular rate of pay for the hours worked by them for which Defendant did not properly compensate them, liquidated damages, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

DATED this 7th day of November 2005.

_____
Richard Celler, of Counsel
FL Bar No.: 0173370
MORGAN & MORGAN, P.A.
284 South University Drive
Fort Lauderdale, Fl. 33324
Tel: 877-435-9243
Fax: 954-333-3515
E-mail: Richard@cellerlegal.com